UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ADAM KLARKOWSKI,

    Plaintiff,

v.                                                           Case No. 18-C-62

ATHLETIC & THERAPEUTIC INSTITUTE OF NAPERVILLE, LLC,

    Defendant.

## ORDER

On April 17, 2018, this court entered an order granting Defendant's motion to dismiss Plaintiff's amended complaint for failing to state a claim for wrongful termination in violation of public policy. ECF No. 19. That order granted Plaintiff leave to file a second amended complaint within 30 days and warned him that failure to file a second amended complaint by that deadline would result in the dismissal of this action with prejudice. *Id.* at 9. Plaintiff has not filed a second amended complaint, and the 30-day deadline has passed. Consequently, the court orders this action dismissed with prejudice.

**SO ORDERED** this 22nd day of May, 2018.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach, Chief Judge
                                                      United States District Court